UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Chester C. Graham, a private individual, | Court File No.:_____ |
|     Plaintiff, | |
| vs. | **DEFENDANT'S NOTICE OF REMOVAL** |
| Charter Communications, LLC, dba Spectrum, a Delaware limited liability company using a Minnesota assumed name, | |
|     Defendant. | |

PLEASE TAKE NOTICE, under Title 28 of the United States Code, Sections 1331, 1441, and 1446, Defendant submits this Notice of Removal of the above-captioned action to the United States District Court for the District of Minnesota. In support of its Notice of Removal of the above-captioned action from the District Court for the Second Judicial District, County of Ramsey, State of Minnesota, Defendant states as follows:

1. Plaintiff commenced this action against Defendant by service of a Summons and Complaint on September 24, 2021. A copy of the Summons and Complaint is attached as Exhibit A.

2. This Court has subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1331, in that it arises under the laws of the United States. Specifically, in his Complaint, Plaintiff alleges violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, and its implementing regulations.

3. Removal to this Court is proper under the provisions of 28 U.S.C. §§ 1441 and 1446.

4. Pursuant to 28 U.S.C. § 1446(b)(3), this notice is timely filed with the court within 30 days of Defendant's receipt of the Summons and Complaint.

5. Exhibit A – Plaintiff's Summons and Complaint are the only process, pleadings, or other orders that have been served upon Defendant.

6. Pursuant to 28 U.S.C. § 1446(d), concurrent with the filing of this Notice of Removal, Defendant is filing a Notice of Filing of Notice of Removal with the District Court for the Second Judicial District, County of Ramsey, State of Minnesota and serving this Notice of Removal and the Notice of Filing Notice or Removal upon Plaintiff. A copy of the Notice of Filing Notice of Removal is attached as Exhibit B.

7. Defendant has given the undersigned attorneys authority to sign and file this Notice of Removal.

8. If any questions arise regarding the propriety of removal of this action, Defendant respectfully requests the opportunity to present a brief and/or oral argument in support of its position that this case is removable.

**WHEREFORE**, Defendant prays that all further proceedings in this civil action be conducted in the United States District Court for the District of Minnesota as provided by law.

**MEAGHER & GEER, P.L.L.P.**

Dated: October 25, 2021         By: *s/Nicholas J. O'Connell*
                                    Nicholas J. O'Connell (#340832)
                                    33 South Sixth Street, Suite 4400
                                    Minneapolis, MN  55402
                                    Telephone: (612) 338-0661
                                    Facsimile: (612) 338-8384
                                    noconnell@meagher.com

*Attorneys for Defendant*